THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOANG T. NGUYEN, | CASE NO. C19-5388-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| STATE OF WASHINGTON, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court has received information indicating that Petitioner never received a copy of Chief United States Magistrate Judge Brian A. Tsuchida's report and recommendation. (*See* Dkt. Nos. 8, 9.) As a result, Petitioner would not have had an opportunity to file objections to the report and recommendation.

Therefore, the Court VACATES its prior order adopting Chief Judge Tsuchida's report and recommendation (Dkt. No. 10) and its corresponding judgment (Dkt. No. 11) dismissing Petitioner's claims. Petitioner shall have until June 28, 2019 to file objections to Chief Judge Tsuchida's report and recommendation (Dkt. No. 8). The Clerk is DIRECTED to re-note Chief Judge Tsuchida's report and recommendation (Dkt. No. 8) to June 28, 2019. The Clerk is further DIRECTED to send a copy of this order to Petitioner.

1     DATED this 10th day of June 2019.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk

MINUTE ORDER  
C19-5388-JCC  
PAGE - 2