THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HOANG T. NGUYEN,

                Petitioner,

    v.

STATE OF WASHINGTON,

                Defendant.

CASE NO. C19-5388-JCC

ORDER

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and ORDERS as follows:

    1.      The Report and Recommendation is ADOPTED;

    2.      Petitioner's 28 U.S.C. § 2254 habeas petition is DISMISSED;

    3.      Petitioner is DENIED issuance of a certificate of appealability; and

    4.      The Clerk shall send a copy of this order to the parties.

DATED this 9th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE